# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kallys Albert, Sr., | Civil No. 12-1224 (DWF/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Principal Financial Group; Principal Life Insurance Company; Orion Associates/Meridian Services, Inc.; Stephen Hage; and John Doe, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated December 11, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Franklin L. Noel's December 11, 2012 Report and Recommendation (Doc. No. [44]) is **ADOPTED**.

2. Defendant's Motion to dismiss (Doc. No. [18]) is **GRANTED**.

    3.    Counts two through eight are **DISMISSED WITH PREJUDICE**.


Dated:  January 2, 2013        s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge